DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-06-00269-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

KAREN LILJEQUIST AND

RPS, INC.,     §          APPEAL FROM THE 159TH

APPELLANTS

 

V.        §          JUDICIAL DISTRICT COURT OF

 

ROBERT EDWARD DERROW, II.,

APPELLEE  §          ANGELINA COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellants Karen Liljequist and RPS,
Inc. have filed a motion to dismiss this appeal.  In their motion, Appellants state that the
parties have resolved their dispute, and Appellants no longer desire to
prosecute the appeal.  A copy of the
motion has been sent to all counsel of record. 
Because Appellants have met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered January 31, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)